## AGNES M. STERN *v.* DAVID STERN
### [No. 51, October Term, 1937.]

*Decided December 10th, 1937.*

The cause was argued before BOND, C. J., URNER, OFFUTT, PARKE, SLOAN, MITCHELL, and JOHNSON, JJ.

*Stuart M. Yeatman,* for the appellant.

*John L. Sanford* and *John C. Weiss,* for the appellee.

PARKE, J., delivered the opinion of the Court.